DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STOREY MOUNTAIN, LLC** a/a/o **IBERIABANK,**
Appellant,

v.

**MAJESTIC LAND HOLDINGS, INC.,** et al.,
Appellees.

No. 4D2023-2406

[May 23, 2024]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie R. Goodman, Judge; L.T. Case No. 502010CA003256XXXXMB.

Paul A. Humbert of Law Offices of Paul A. Humbert, P.L., Miami, for appellant.

Craig A. Pugatch and George L. Zinkler, III of Lorium Law, Fort Lauderdale, for appellee Deborah Thomsen.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***